**Jimmie BYNUM, Appellant,**

v.

**GEORGIA PACIFIC CORPORATION, Plywood Division, Appellee.**

**No. 01–1815.**

United States Court of Appeals, Eighth Circuit.

Submitted Sept. 7, 2001.

Filed Sept. 21, 2001.

Before WOLLMAN, Chief Judge, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

PER CURIAM.

Jimmie Bynum appeals the district court's [1] adverse grant of summary judgment in his employment discrimination action. After de novo review of the record and careful consideration of the parties' briefs, we conclude that the district court properly granted summary judgment to appellee. *See Rose–Maston v. NME Hosps., Inc.*, 133 F.3d 1104, 1107 (8th Cir. 1998) (summary judgment standard of review).

The judgment is affirmed. *See* 8th Cir. R. 47B.

---

* The Honorable Donald J. Stohr, United States District Judge for the Eastern District of Missouri.

1. The Honorable Harry F. Barnes, United States District Judge for the Western District of Arkansas.